UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN THOMAS ENTLER,<br><br>                    Plaintiff,<br><br>   vs.<br><br>SGT. S. FLEENOR,<br><br>                    Defendant. | NO:  12-CV-5114-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITHOUT PREJUDICE |

Magistrate Judge Imbrogno filed a Report and Recommendation, ECF No. 9, recommending that Mr. Entler's Motion to Voluntarily Dismiss Complaint be granted.  Defendant has not been served.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, ECF No. 8, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed.

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1

1  Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant

2  to 28 U.S.C. § 1915(b).

3      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

4  Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff,

5  and close the file.

6      **DATED** March 6, 2013.



    THOMAS O. RICE
    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE -- 2