AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JOHN THOMAS ENTLER,

                Plaintiff,

                                  **JUDGMENT IN A CIVIL CASE**

            v.

SGT. S. FLEENOR,                              CASE NUMBER: CV-12-5114-CI

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed without prejudice.

March 7, 2013                                  SEAN F. McAVOY
*Date*                                                *Clerk*
                                                  s/ Linda Emerson
                                                  *(By) Deputy Clerk*
                                                  Linda Emerson